IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

JEREMY L. MADDOX,
  Plaintiff,

  V.

SHERIFF EZELL BROWN, et al.,
  Defendants.

:: 42. USC § 1983

:: Supplemental Complaint

::

:: Civil ACTION NO.
 1:25-CV-1409-LMM-RGV

## SUPPLEMENTAL COMPLAINT FOR CONTINUED MEDICAL ENDANGERMENT

**I Introduction:**

Plaintiff alleges continued deliberate indifference to his medical needs, including the prescription of dangerous medications after a prior bleeding episode, violating the 8th Amendment

**II NEW FACTS:**

1.) Prior bleeding episode: Plaintiff experienced rectal bleeding, by jail medical staff (NaphCare Inc.) prescription of pain medicine

2.) New Prescriptions: Dispite this Jail staff prescribed naproxen (an NSAID that can worsen bleeding) and muscle relaxers (risk of dangerous interactions) (See ATTACHMENT ON NSAID Risks)

**III Legal Claims A. Continued medical Endangerment (8th Amendment):**

1.) Defendant NaphCare Inc., Nurse Kevin MD. Knowingly prescribed dangerous medications after Plaintiff's bleeding episode violating (*Estelle v. Gamble*)

2.) This meets *Farmer v. Brennan*'s substantial risk of harm standard. — Defendant actions are retalitory for Plaintiffs prior Complaints about medical care (*Pearson v. Welborn*).

( ATTACHMENT: MEDICAL LITERATURE ON NSAID RISKS )

1.) Gastrointestinal (GI) Risks
 * NSAID are associated with a 3 to 5-fold increased risk of serious GI complications, including bleeding, Perforation, and obstruction.*
 —* (anas, A., et al. (2011). Risk of upper and lower gastrointestinal bleeding in patients taking nonsteroidal anti-inflammatory drugs.* * American Journal of Gastroenterology, 106 (5). 899 -910.*

2.) Risk Factors for NSAID- Induced Bleeding
 * Patients with a history of GI Bleeding should avoid NSAIDS due to the high risk of recurrence.* * Gastroenterology Clinics of North America, 39 (3), 433-464
 —* Scarpignato, C., & Hunt, R.H. (2010), Nonsteroidal anti-inflammatory drug-related injury to the gastrointestinal tract: Clinical picture, Pathogenisis, and prevention.*

3.) FDA WARNINGS
 * NSAIDs Cause an increased risk of serious GI adverse events, bleeding, ulceration, and perforation of the stomach or intestines which can be fatal.*
 —* US. Food and Drug Administration (FDA). (2005). "Nonsteroidal anti-inflammatory drug gastrointestinal Complications.*

4.) Alternative to NSAIDs
 * Acetaminophen is the preferred analgesic for patients with a history of GI bleeding, as it does not increase the risk of GI Complications.*
 —* Chan, F.K, & Graham, D.Y. (2013). Prevention of nonsteroidal anti-inflammatory drug gastrointestinal Complications.* * Gastroenterology, 144 (6), 1237-1246.*

5.) Legal Standard

*"Deliberate indifference to serious medical needs includes prescribing medications known to exacerbate a patient's condition."*

* Gutierrez v. Peters, 111 F.3d 1364 (7th Cir. 1997)*

Respectfully Submitted,

Jeremy L. Maddox, plaintiff

Jeremy L. maddox

Date: 6/27/25

IV. Relief Requested

1.) immediate cessation of naproxen and muscle relaxers

2.) Compesatory damages = $~~300,000~~ $900,000

3.) punitive damages against Naphcare Inc, Nurse Kevin M.D.
= $10,000

Respectfully Submitted,
Jeremy L. Maddox, plaintiff
Jeremy L. maddox
Date: 6/27/25